# Jonathan Coley Release Plan

Bond Motion at 2pm 5/2/24, Court Services is making their calls to complete their procedure for him to get out

*Appointments set with both treatment centers as release date is still tentative pending court services response and bond motion

**Caring Services Appointment: 102 Chestnut Drive, High Point, NC/ Phone: 336-886-5594**

- 9-12 week program that is intensive outpatient with housing provided
- Left a voicemail for Bree Harp who will be calling to do an eligibility screening over the phone, she was given my office phone and Timothy Bryson's phone as we are not sure if he will still be incarcerated or released
- After deemed eligible, they will schedule an assessment ASAP likely between Monday 5/6 and Wednesday 5/8 for his intake
- GCJD left client unopened toiletries in his personal property to be given to him at release to bring to treatment with him, any toiletries brought need to be free of alcohol
- Bring clothing

**Daymark Recovery Services: 5209 W. Wendover Ave, High Point, NC / Phone: 336-899-1550**

- Has an appointment at 9 am tomorrow 5/3/24 for intake, call before 5 pm today 5/2/24 to confirm or change appointment (can leave a voicemail) - Kiara 336-899-1550 ext. 1726
- Bring enough clothes up to 14 days (have washers and dryers), no more than 3 pairs of shoes
- GCJD left client unopened toiletries in his personal property to be given to him at release to bring to treatment with him, any toiletries brought need to be free of alcohol
- If client uses any substances after released before intaking at treatment, he will have to go to Behavioral Health Urgent Care (931 Third Street, Greensboro, NC) to detox before being transferred to Daymark, can walk-in 24/7 no appointment needed at Behavioral Health

**Contacts for Planning:**

- Dr. Ellison: 336-641-2708